IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN LINDELL MOYE,  )<br>        Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>CAROLYN W. COLVIN,  )<br>COMMISSIONER OF SOCIAL SECURITY,  )<br>        Defendant.  ) | Civil Action No. 2:15-00166<br>Electronically Filed |

## ORDER OF COURT

AND NOW, this 7th day of August, 2015, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED that Plaintiff Moye's Motion for Summary Judgment (Doc. No. 8) is **DENIED** and Defendant, Commissioner's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**.

In accordance with 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is hereby **AFFIRMED**.

Judgment is hereby entered in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case closed.

                                          s/ Arthur J. Schwab
                                          Arthur J. Schwab
                                          United States District Judge

cc:    All counsel of record